# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

HOWARD L. JACKSON (#104336)            CIVIL ACTION

VERSUS

N. BURL CAIN, WARDEN            NO.: 3:12-cv-00767-BAJ-RLB

## RULING AND ORDER

Before the Court is Petitioner's **PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (Doc. 1)**. The State of Louisiana has responded to Petitioner's application by arguing that Petitioner's claims are time-barred by operation of the one-year statute of limitations found in 28 U.S.C. § 2244. (*See* Doc. 13-1 at pp. 2–3). The Magistrate Judge has issued a **REPORT (Doc. 15)** recommending "that the State's contentions relative to untimeliness be rejected and that this matter be referred back to the Magistrate Judge for further proceedings." (*Id.* at p. 11). The State has filed an objection to the Magistrate Judge's recommendation. (Doc. 16).

Having carefully considered Petitioner's PETITION (Doc. 1) and related filings, the Court **APPROVES** the Magistrate Judge's REPORT (Doc. 15), and **ADOPTS** it as the Court's opinion. Accordingly, **IT IS ORDERED** that this matter be referred back to the Magistrate Judge for further proceedings.

**IT IS FURTHER ORDERED** that the District Attorney for the Eighteenth Judicial District Court for the Parish of West Baton Rouge, State of Louisiana: (1)

supplement the record in this matter to address, if possible, the deficiencies noted in the Magistrate Judge's Report; and (2) file a supplemental memorandum addressing the merits of Petitioner's Petition, and any remaining issues in this case.

Baton Rouge, Louisiana, this 6th day of January, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA